# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 4, 2021

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 19-3362

JERRY JELLIS,
    *Plaintiff-Appellant*,

    *v*.

LARRY HALE, et al.,
    *Defendants-Appellees*.

Appeal from the United States District
Court for the Southern District of Illinois.

No. 3:15-cv-00630-GCS

Gilbert C. Sison,
*Magistrate Judge*.

## O R D E R

All members of the panel have voted to deny the petition for rehearing filed on December 29, 2020. The petition therefore is **DENIED**.

Page 3, paragraph 3, of the order issued on December 8, 2020, is amended to read:

On appeal, Jellis argues that the district court abused its discretion in ruling against him on the motions in limine. But our review of these rulings is hindered by Jellis's failure to order a transcript of the final pretrial conference, in which the district court stated its reasons. Jellis filed in the district court a motion requesting "free transcripts," but after the

judge ordered him to demonstrate how any particular transcript would be material to a proposed appeal, Jellis did not try to make that showing. We cannot review a decision without knowing the district court's reasons. See FED. R. APP. P. 10(b)(2); *Hicks v. Avery Drei, LLC*, 654 F.3d 739, 743–44 (7th Cir. 2011) (review not possible when appellant did not request transcription of oral arguments or bench ruling on motion in limine).